# PD-0705-15

| SAMMY VIDALES | Cause No. 2012436579 | IN THE COURT OF |
|---|---|---|
| V. | COA No. 07-13-00286-CR | CRIMINAL APPEALS |
| STATE OF TEXAS | | AUSTIN, TEXAS |

### Motion for Extension of Time to File Petition for Discretionary Rveiew

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Sammy Vidales, appellant pro se, and files his motion for extension of time and in support shows the following.

### I.

On May 15th, 2015, appellant's direct appeal was affirmed by the Seventh Court of Appeals in Amarillo, Texas. Appellant's counsel on direct appeal informed him of the affirmation and also his right to file a P.D.R. on appellant's own behalf. The letter was sent May 28th, 2015, received June 1st by appellant.

### II.

Appellant asserts that more time is needed to be afforded adequate opportunity to effectively file a sufficient appeal on his own behalf. And needs the time to do further research in the unit law library. Appellant would ask for sixty(60) days.

### III.

WHEREFORE PREMISES CONSIDERED, Appellant prays that he be allowed an extension of time to file his P.D.R.

Respectfully Submitted,

SAMMY VIDALES
FRENCH M. ROBERTSON UNIT
12071 F.M. 3522
ABILENE, TEXAS, 79601

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 08 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

JUN 10 2015

Abel Acosta, Clerk